NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BARBARA A. HARDEN-WILLIAMS,**
*Petitioner,*

v.

**AGENCY FOR INTERNATIONAL DEVELOPMENT,**
*Respondent.*

---

2012-3007

---

Petition for review of the Merit Systems Protection Board in case no. DC3443110006-I-1.

---

## ON MOTION

---

## ORDER

Barbara A. Harden-Williams moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

For The Court

OCT 2 8 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Barbara A. Harden-Williams
Jeanne E. Davidson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 2 8 2011

JAN HORBALY
CLERK